# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Chapter 13

MARK A. COKER                                          Bankruptcy No. 22-12331-MDC

420 WEST FORNANCE STREET

NORRISTOWN, PA 19401


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MARK A. COKER

420 WEST FORNANCE STREET

NORRISTOWN, PA 19401

**Counsel for debtor(s), by electronic notice only.**
MICHAEL A SIDDONS
230 N. MONROE STREET
P.O. BOX 403
MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/10/2022                                                                      /s/ Kenneth E. West

                                                                                                    _____
                                                                                                        Kenneth E. West, Esquire
                                                                                                        Chapter 13 Standing Trustee