# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-12331-MDC |
| Mark A. Coker | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 c/o Select Portfolio Servicing, Inc. | : : : : : |
|     Movant | : |
|     vs. | : |
| Mark A. Coker | : |
|     Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

Please mark the Objection to Confirmation of Plan, filed on September 16, 2022 as Doc. #14, as withdrawn without prejudice.

Respectfully submitted,

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-12331-MDC |
| Mark A. Coker | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 c/o Select Portfolio Servicing, Inc. | : : : : : : |
|     Movant | : |
|     vs. | : |
| Mark A. Coker | : |
|     Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

## **CERTIFICATE OF MAILING**

I, Sarah K. McCaffery, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on March 7, 2023.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Michael Alan Siddons, Esquire
Via Electronic Filing
*Attorney for Debtor*

Mark A. Coker
420 West Fornance Street
Norristown, PA 19401
Via First Class Mail
*Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Dated: 03/07/2023

        /s/ Sarah K. McCaffery, Esquire
        Sarah K. McCaffery, Esquire
        Hladik, Onorato & Federman, LLP
        Attorney I.D. # 311728
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone 215-855-9521
        Fax 215-855-9121