UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____X

In re:

MARK COKER

Case No.: 22-12331
Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT**

Debtor.

_____X

**PRAECIPE TO WITHDRAW DOCUMENT**

Mark Coker, by and through undersigned counsel, Michael Alan Siddons, Esquire, hereby submits this Praecipe to Withdraw Debtor's Certificate of Service of Amended Plan at Docket Entry #26.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:  /s/ Michael A. Siddons
MICHAEL ALAN SIDDONS, ESQUIRE
230 N. Monroe Street-P.O. Box 403
Media, PA 19063
610-255-7500 (Phone No.)
msiddons@siddonslaw.com

Dated: April 4, 2023