# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Coker<br>　　　　　　　　Debtor | |
| | CHAPTER 13 |
| First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, sucessor by merger to LaSalle Bank N.A., as Trustee, its successors and/or assigns | NO. 22-12331 MDC |
| 　　　　　　　　Movant | |
| 　vs. | |
| Mark A. Coker<br>　　　　　　　　Debtor | |
| Kenneth E. West<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, sucessor by merger to LaSalle Bank N.A., as Trustee, which was filed with the Court on or about **September 29, 2022, docket number 15**.

Dated: April 6, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Michael Farrington
　　　　　　　　　　　　　　　　　　　　Michael Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com