United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12331-mdc
Mark A. Coker  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Apr 07, 2023  Form ID: 155  Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Coker, 420 West Fornance Street, Norristown, PA 19401-2908 |
| 14718785 | + | ABC Financial, PO Box 6800, North Little Rock, AR 72124-6800 |
| 14718788 | + | ARS Services, PO Box 469046, Escondido, CA 92046-9046 |
| 14718789 | ++ | ASPIRE VISA, P O BOX 105555, ATLANTA GA 30348-5555 address filed with court:, Aspire, PO Box 23007, Columbus, GA 31902-3007 |
| 14725961 | + | First Franklin Mortgage Loan Trust, C/O BRIAN CRAIG NICHOLAS, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14718808 | + | Galaxy International Purchasing, LLC, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14718816 | + | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14718817 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14718822 | + | Rick L. Webb, 420 W Fornance St., Norristown, PA 19401-2908 |
| 14718824 | | Select Loan Servicing, 600 S Quebec Street, Po Box 65250, Englewood, CO 80111 |
| 14721820 | + | U.S. Bank National Association, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14721900 | + | US Bank National Association Trustee, in Trust for Registerd Holders of, First Frankling Mortgage, c/o Sarah K. McCaffery, Esquire, 298 Wissahickon Avenue North Wales, PA 19454-4156 |
| 14718835 | | Unifin, PO Box 4519, Livonia, MI 48151 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14718787 | | Email/Text: legal@arsnational.com | Apr 07 2023 23:11:00 | ARS National Services, P.O. Box 463023, Escondido, CA 92046-3023 |
| 14718786 | ^ | MEBN | Apr 07 2023 23:06:35 | Aldous and Associates, PO Box 171374, Salt Lake City, UT 84117-1374 |
| 14718790 | + | Email/Text: bk@avant.com | Apr 07 2023 23:11:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 14718791 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 07 2023 23:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14718792 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 07 2023 23:13:32 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14718799 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Apr 07 2023 23:11:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14718801 | | Email/Text: correspondence@credit-control.com | Apr 07 2023 23:11:00 | Credit Control LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 14718793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2023 23:13:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14721487 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2023 23:13:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14718794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 07 2023 23:13:32 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14718796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2023 23:13:42 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14718797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2023 23:13:32 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14718798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2023 23:13:51 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14718800 | + | Email/Text: mediamanagers@clientservices.com | Apr 07 2023 23:11:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14718802 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2023 23:13:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14718803 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2023 23:13:32 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14718804 | | Email/Text: rj@ffcc.com | Apr 07 2023 23:11:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14718806 | | Email/Text: EBNBKNOT@ford.com | Apr 07 2023 23:11:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14718805 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 07 2023 23:13:51 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14718807 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 07 2023 23:11:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14718809 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2023 23:11:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14721095 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2023 23:13:32 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14718810 | + | Email/PDF: cbp@onemainfinancial.com | Apr 07 2023 23:13:42 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14718811 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2023 23:11:00 | Indigo Credit Card, Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14718812 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2023 23:11:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14734143 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 07 2023 23:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14720281 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2023 23:13:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14718813 | + | Email/Text: Documentfiling@lciinc.com | Apr 07 2023 23:11:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14723870 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2023 23:13:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14718814 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 07 2023 23:11:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14718815 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 07 2023 23:11:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14718818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2023 23:13:32 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14730629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 22-12331-mdc  Doc 38  Filed 04/09/23  Entered 04/10/23 00:23:01  Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 07, 2023 | Form ID: 155 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 07 2023 23:13:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14730389 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 07 2023 23:13:32 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14727723 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 07 2023 23:11:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14718819 | ^ | MEBN | | |
| | | | Apr 07 2023 23:06:35 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14730370 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 07 2023 23:11:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14728451 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 07 2023 23:11:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14718820 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Apr 07 2023 23:11:00 | Radius Global Solutions, 7831 Glenroy Road Ste 250-A, Minneapolis, MN 55439-3132 |
| 14718821 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 07 2023 23:13:32 | Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14718826 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Apr 07 2023 23:11:00 | Spring Oaks Capital, 1400 Crossways Blvd., Chesapeake, VA 23320 |
| 14718827 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Apr 07 2023 23:11:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14718825 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 07 2023 23:11:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14734005 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Apr 07 2023 23:11:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14718828 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Apr 07 2023 23:13:32 | Springlf Fin, Po Box 3327, Evansville, IN 47732-3327 |
| 14718829 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:42 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14733640 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14719053 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718830 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718831 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:32 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718832 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:51 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718833 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:32 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718834 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Apr 07 2023 23:11:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14725414 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 07 2023 23:11:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14729882 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 07 2023 23:11:00 | U.S. Bank National Association, as Trustee, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 22-12331-mdc    Doc 38    Filed 04/09/23    Entered 04/10/23 00:23:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 07, 2023 | Form ID: 155 | Total Noticed: 70 |

| 14718836 | | Email/Text: bknotice@upgrade.com | | | |
|---|---|---|---|---|---|
| | | | | Apr 07 2023 23:11:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14718837 | + | Email/Text: LCI@upstart.com | | | |
| | | | | Apr 07 2023 23:11:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14718795 | *+ | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14718823 | *+ | Rick L. Webb, 420 W Fornance Street, Norristown, PA 19401-2908 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, suc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Mark A. Coker msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, suc mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSETBACKED CERTIFICATES, SERIES 2007-FF2 c/o Select Portfolio Servicin ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark A. Coker
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12331−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 6, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

37
Form 155