Amended