**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
MEDIA, PA 19063
Phone: 6102557500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>MARK A. COKER<br><br><br><br>Debtor(s), | Bankruptcy No: 22-12331<br><br>Chapter: 13<br><br>Judge: Honorable Magdeline D. Coleman |
|---|---|

### CERTIFICATE OF SERVICE

I, Michael Alan Siddons, attorney for Debtor(s), hereby certify that on April 23, 2023 a true and correct copy of the Modified Chapter 13 Plan was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*                    Kenneth E. West, Trustee - *via ECF*

**Debtor(s)**: 420 West Fornance Street, NORRISTOWN, PA 19401


DATED: April 23, 2023

                                                            LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

                                                            /s/ Michael Alan Siddons
                                                            Michael Alan Siddons
                                                            Attorney for Debtor(s)

```
Label Matrix for local noticing          Synchrony Bank                           Philadelphia
0313-2                                   c/o PRA Receivables Management, LLC      900 Market Street
Case 22-12331-mdc                        PO Box 41021                             Suite 400
Eastern District of Pennsylvania         Norfolk, VA 23541-1021                   Philadelphia, PA 19107-4233
Philadelphia
Sun Apr 23 12:15:21 EDT 2023

ABC Financial                            ARS National Services                    ARS Services
PO Box 6800                              P.O. Box 463023                          PO Box 469046
North Little Rock, AR 72124-6800         Escondido, CA 92046-3023                 Escondido, CA 92046-9046


Aldous and Associates                    (p)ASPIRE VISA                           Avant
PO Box 171374                            P O BOX 105555                           Attn: Bankruptcy
Salt Lake City, UT 84117-1374            ATLANTA GA 30348-5555                    Po Box 9183380
                                                                                  Chicago, IL 60691-3380


Bank of America                          Best Egg                                 CKS Financial
Attn: Bankruptcy                         1523 Concord Pike                        PO Box 2856
4909 Savarese Circle                     Suite 201                                Chesapeake, VA 23327-2856
Tampa, FL 33634-2413                     Wilmington, DE 19803-3656


Capital One                              Capital One Bank (USA), N.A.             Capital One/Walmart
Attn: Bankruptcy                         4515 N Santa Fe Ave                      Attn: Bankruptcy
P.O. Box 30285                           Oklahoma City, OK 73118-7901             P.O. Box 30285
Salt Lake City, UT 84130-0285                                                     Salt Lake City, UT 84130-0285


Citibank North America                   Citibank/Best Buy                        Citibank/Sears
Attn: Recovery/Centralized Bankruptcy    Citicorp Credit Srvs/Centralized Bk dept Attn: Bnakruptcy
Po Box 790034                            Po Box 790034                            Po Box 790034
St Louis, MO 63179-0034                  St Louis, MO 63179-0034                  St Louis, MO 63179-0034


Client Services Incorporated             (p)CREDIT CONTROL  LLC                   Credit One Bank
3451 Harry S. Truman Blvd.               ATTN CORRESPONDENCE                      Attn: Bankruptcy Department
Saint Charles, MO 63301-9816             3300 RIDER TRAIL S                       Po Box 98873
                                         SUITE 500                                Las Vegas, NV 89193-8873
                                         EARTH CITY MO 63045-1338


Cws/cw Nexus                             (p)FIRST FEDERAL CREDIT CONTROL  INC     First Franklin Mortgage Loan Trust
Attn: Card Services                      24700 CHAGRIN BLVD                       C/O BRIAN CRAIG NICHOLAS
Po Box 9201                              SUITE 205                                701 Market Street
Old Bethpage, NY 11804-9001              BEACHWOOD OH 44122-5662                  Suite 5000
                                                                                  Philadelphia, PA 19106-1541


First Premier Bank                       (p)FORD MOTOR CREDIT COMPANY             Fortiva
Attn: Bankruptcy                         P O BOX 62180                            Attn: Bankruptcy
Po Box 5524                              COLORADO SPRINGS CO 80962-2180           Po Box 105555
Sioux Falls, SD 57117-5524                                                        Atlanta, GA 30348-5555


Galaxy International Purchasing, LLC     Genesis Credit/Celtic Bank               Goldman Sachs Bank, USA
PO Box 2856                              Attn: Bankruptcy                         by AIS InfoSource, LP as Agent
Chesapeake, VA 23327-2856                Po Box 4477                              4515 N Santa Fe Ave
                                         Beaverton, OR 97076-4401                 Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| Household Finance Co/OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Indigo Credit Card<br>Genesis FS Card Services<br>PO Box 23039<br>Columbus, GA 31902-3039 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2802 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Marcus by Goldman Sachs<br>Attn: Bankruptcy<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Parker McCay, P.A.<br>9000 Midlantic Drive<br>Suite 300<br>Mount Laurel, NJ 08054-1539 | Pennsylvania Department of Revenue<br>Attn: Bankruptcy<br>3 Revenue Place<br>Harrisburg, PA 17129-0003 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radius Global Solutions<br>7831 Glenroy Road Ste 250-A<br>Minneapolis, MN 55439-3132 |
| Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Rick L. Webb<br>420 W Fornance St.<br>Norristown, PA 19401-2908 | Select Loan Servicing<br>600 S Quebec Street<br>Po Box 65250<br>Englewood, CO 80111 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Spring Oaks Capital SPV, LLC.<br>P. O. Box 1216<br>Chesapeake, VA 23327-1216 |
| Springlf Fin<br>Po Box 3327<br>Evansville, IN 47732-3327 | Syncb/car Care Pep B<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/HSN<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Tbom/Atls/Aspire<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | U.S. Bank National Association<br>Sarah K. McCaffery, Esquire<br>HLADIK, ONORATO & FEDERMAN, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>smccaffery@hoflawgroup.com  19454-4156 |
| U.S. Bank National Association Trustee (See<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | U.S. Bank National Association, as Trustee,<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | US Bank National Association Trustee<br>in Trust for Registerd Holders of<br>First Frankling Mortgage<br>c/o Sarah K. McCaffery, Esquire<br>298 Wissahickon Avenue<br>North Wales, PA 19454-4156 |
| Unifin<br>PO Box 4519<br>Livonia, MI 48151 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Upstart<br>Upstart Operations/ Attn:Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | KENNETH E. WEST<br>Office of the Chapter 13 Standing Truste<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107-3704 | MICHAEL ALAN SIDDONS<br> Law Office of Michael Alan Siddons Esq<br>230 N. Monroe Street<br>PO Box 403<br>Media, PA 19063-0403 |
| Mark A. Coker<br>420 West Fornance Street<br>Norristown, PA 19401-2908 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aspire<br>PO Box 23007<br>Columbus, GA 31902-3007 | Credit Control LLC<br>3300 Rider Trail S Ste 500<br>Earth City, MO 63045 | First Federal Credit Control<br>Attn: Bankruptcy<br>24700 Chagrin Blvd, Ste 205<br>Cleveland, OH 44122 |
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Spring Oaks Capital<br>1400 Crossways Blvd.<br>Chesapeake, VA 23320 | (d)Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 |
| Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Franklin Mortgage Loan Trust, Mortga | (u)U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | (d)Capital One/Walmart<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| (d)Rick L. Webb<br>420 W Fornance Street<br>Norristown, PA 19401-2908 | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients    5<br>Total                 77 |