# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: <br><br> MARK A. COKER <br><br><br><br> Debtor(s), | Bankruptcy No: 22-12331 <br><br> Chapter: 13 <br><br> Judge: Honorable Magdeline D. Coleman |
|---|---|

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the above-named Debtor, by and through undersigned counsel, to hereby file this Motion to Modify the Chapter 13 Plan.

1. On September 5, 2022, Debtor filed the above-entitled case.

2. On April 6, 2023, the Chapter 13 Plan was confirmed.

3. In Part 4(b) of the plan, the claim filed by Specialized Loan Servicing, as Claim 7, was set to be paid a total of $35, 677.95. This amount is greater than the amount of the claim filed by the creditor.

4. The additional amount set to be paid reflects interest of 10.55% that the Debtor intends to pay to the Creditor.

5. Because Part 7(a)(2) of the confirmed plan requires the Trustee to only pay the amount of the claim, the additional interest would not be paid to the creditor.

6. Therefore, Debtor has filed a modified plan showing the treatment of the claim moved from Part 4(b) to Part 4(c) which will allow the full balance of the filed claim of $32,254.90 to be paid with additional interest. The total to be paid to the creditor by the Trustee shall be set at $35,677.95.

7. The Debtor respectfully submits the proposed change to the confirmed Chapter 13 Plan will best serve the interests of the creditors and the Debtor.

WHEREFORE, Debtor requests this Court grant this Motion to Modify the Chapter 13 Plan.

DATED: April 23, 2023

                                        LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

                                        /s/ Michael Alan Siddons
                                        Michael Alan Siddons
                                        230 N. Monroe Street,
                                        MEDIA, PA 19063
                                        *Phone:* 6102557500
                                        *Email:* msiddons@siddonslaw.com