# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>MARK A. COKER<br><br><br>**Debtor(s),** | **Bankruptcy No:** 22-12331<br><br>**Chapter:** 13<br><br>**Judge:** Honorable Magdeline D. Coleman |
|---|---|

**Hearing Date and Time:** May 25, 2023 at 11:00 am.

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

On or about April 23, 2023 Debtor(s) filed a Motion to Modify Chapter 13 Plan.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before May 25, 2023, you or your attorney **must file a response to the Motion**. (See instructions below.)

3. A hearing on the Motion is scheduled to be held on May 25, 2023 at 11:00 am. The hearing will be conducted telephonically. The hearing call in information for Judge Coleman is as follows: Phone Number: 1.877.336.1828 Access Code: 7855846. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at **215-408-2800** or Reading at **610-208-5040** to find out whether the hearing has been canceled because a response was not filed.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from Attorney Michael Alan Siddons, whose name and address are listed below.

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your Response electronically.

8. If you are not required to file electronically, you must file your Response with the

bankruptcy court located at (Telephonic Appearance).

9. If you mail your Response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before May 25, 2023.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney at this address: 230 N. Monroe Street, MEDIA, MEDIA, PA 19063.

DATED: April 23, 2023

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street
MEDIA, PA 19063
*Phone:* 6102557500
*Email:* msiddons@siddonslaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>MARK A. COKER<br><br><br><br>Debtor(s), | Bankruptcy No: 22-12331<br><br>Chapter: 13<br><br>Judge: Honorable Magdeline D. Coleman |
|---|---|

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the above-named Debtor, by and through undersigned counsel, to hereby file this Motion to Modify the Chapter 13 Plan.

1. On September 5, 2022, Debtor filed the above-entitled case.

2. On April 6, 2023, the Chapter 13 Plan was confirmed.

3. In Part 4(b) of the plan, the claim filed by Specialized Loan Servicing, as Claim 7, was set to be paid a total of $35, 677.95. This amount is greater than the amount of the claim filed by the creditor.

4. The additional amount set to be paid reflects interest of 10.55% that the Debtor intends to pay to the Creditor.

5. Because Part 7(a)(2) of the confirmed plan requires the Trustee to only pay the amount of the claim, the additional interest would not be paid to the creditor.

6. Therefore, Debtor has filed a modified plan showing the treatment of the claim moved from Part 4(b) to Part 4(c) which will allow the full balance of the filed claim of $32,254.90 to be paid with additional interest. The total to be paid to the creditor by the Trustee shall be set at $35,677.95.

7. The Debtor respectfully submits the proposed change to the confirmed Chapter 13 Plan will best serve the interests of the creditors and the Debtor.

WHEREFORE, Debtor requests this Court grant this Motion to Modify the Chapter 13 Plan.

DATED: April 23, 2023

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street,
MEDIA, PA 19063
*Phone:* 6102557500
*Email:* msiddons@siddonslaw.com