**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
MEDIA,  PA 19063
Phone: 6102557500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| | |
|---|---|
| In re:<br><br>MARK A. COKER<br><br><br><br>Debtor(s), | Bankruptcy No:  22-12331<br><br>Chapter: 13<br><br>Judge: Honorable Magdeline D. Coleman |

### CERTIFICATE OF SERVICE

I, Michael Alan Siddons, attorney for Debtor(s), hereby certify that on April 23, 2023 a true and correct copy of the Motion to Modify Chapter 13 Plan and Notice of Hearing was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*                          Kenneth E. West, Trustee - *via ECF*

**Debtor(s)**:  420 West Fornance Street, NORRISTOWN, PA 19401

DATED:  April 23, 2023

                                        LAW OFFICE OF MICHAEL A. SIDDONS
                                        ESQ.

                                        /s/ Michael Alan Siddons
                                        Michael Alan Siddons
                                        Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>MARK A. COKER<br><br><br>                                          Debtor(s), | Bankruptcy No:  22-12331<br><br>Chapter: 13<br><br>Judge: Honorable Magdeline D. Coleman |

**MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, the above-named Debtor, by and through undersigned counsel, to hereby file this Motion to Modify the Chapter 13 Plan.

1.  On September 5, 2022, Debtor filed the above-entitled case.

2.  On April 6, 2023, the Chapter 13 Plan was confirmed.

3.  In Part 4(b) of the plan, the claim filed by Specialized Loan Servicing, as Claim 7, was set to be paid a total of $35, 677.95.  This amount is greater than the amount of the claim filed by the creditor.

4.  The additional amount set to be paid reflects interest of 10.55% that the Debtor intends to pay to the Creditor.

5.  Because Part 7(a)(2) of the confirmed plan requires the Trustee to only pay the amount of the claim, the additional interest would not be paid to the creditor.

6.  Therefore, Debtor has filed a modified plan showing the treatment of the claim moved from Part 4(b) to Part 4(c) which will allow the full balance of the filed claim of $32,254.90 to be paid with additional interest.  The total to be paid to the creditor by the Trustee shall be set at $35,677.95.

7.  The Debtor respectfully submits the proposed change to the confirmed Chapter 13 Plan will best serve

the interests of the creditors and the Debtor.

WHEREFORE, Debtor requests this Court grant this Motion to Modify the Chapter 13 Plan.

DATED: April 23, 2023

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street,
MEDIA, PA 19063
*Phone:* 6102557500
*Email:* msiddons@siddonslaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| **In re:**<br><br>MARK A. COKER<br><br><br>                                          **Debtor(s),** | **Bankruptcy No:** 22-12331<br><br>**Chapter:** 13<br><br>**Judge:** Honorable Magdeline D. Coleman |

**Hearing Date and Time:** May 25, 2023 at 11:00 am.

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

On or about April 23, 2023 Debtor(s) filed a Motion to Modify Chapter 13 Plan.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before May 25, 2023, you or your attorney **must file a response to the Motion**. (See instructions below.)

3. A hearing on the Motion is scheduled to be held on May 25, 2023 at 11:00 am. The hearing will be conducted telephonically. The hearing call in information for Judge Coleman is as follows: Phone Number: 1.877.336.1828 Access Code: 7855846. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at **215-408-2800** or Reading at **610-208-5040** to find out whether the hearing has been canceled because a response was not filed.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from Attorney Michael Alan Siddons, whose name and address are listed below.

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your Response electronically.

8. If you are not required to file electronically, you must file your Response with the

bankruptcy court located at (Telephonic Appearance).

9.  If you mail your Response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before May 25, 2023.

10.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney at this address:  230 N. Monroe Street, MEDIA, MEDIA, PA 19063.


DATED:  April 23, 2023

LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

/s/ Michael Alan Siddons
Michael Alan Siddons
230 N. Monroe Street
MEDIA,  PA 19063
*Phone:* 6102557500
*Email:* msiddons@siddonslaw.com

Label Matrix for local noticing
0313-2
Case 22-12331-mdc
Eastern District of Pennsylvania
Philadelphia
Sun Apr 23 12:15:21 EDT 2023

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

ABC Financial
PO Box 6800
North Little Rock, AR 72124-6800

ARS National Services
P.O. Box 463023
Escondido, CA 92046-3023

ARS Services
PO Box 469046
Escondido, CA 92046-9046

Aldous and Associates
PO Box 171374
Salt Lake City, UT 84117-1374

(p)ASPIRE VISA
P O BOX 105555
ATLANTA GA 30348-5555

Avant
Attn: Bankruptcy
Po Box 9183380
Chicago, IL 60691-3380

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Best Egg
1523 Concord Pike
Suite 201
Wilmington, DE 19803-3656

CKS Financial
PO Box 2856
Chesapeake, VA 23327-2856

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Citibank North America
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank/Sears
Attn: Bnakruptcy
Po Box 790034
St Louis, MO 63179-0034

Client Services Incorporated
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Cws/cw Nexus
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804-9001

(p)FIRST FEDERAL CREDIT CONTROL  INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

First Franklin Mortgage Loan Trust
C/O BRIAN CRAIG NICHOLAS
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Galaxy International Purchasing, LLC
PO Box 2856
Chesapeake, VA 23327-2856

Genesis Credit/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Goldman Sachs Bank, USA
by AIS InfoSource, LP as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Household Finance Co/OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

Indigo Credit Card
Genesis FS Card Services
PO Box 23039
Columbus, GA 31902-3039

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802


MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Marcus by Goldman Sachs
Attn: Bankruptcy
Po Box 45400
Salt Lake City, UT 84145-0400

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904


Parker McCay, P.A.
9000 Midlantic Drive
Suite 300
Mount Laurel, NJ 08054-1539

Pennsylvania Department of Revenue
Attn: Bankruptcy
3 Revenue Place
Harrisburg, PA 17129-0003

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219-2553


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105-1909


Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA  98083-0788

Radius Global Solutions
7831 Glenroy Road Ste 250-A
Minneapolis, MN 55439-3132


Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Rick L. Webb
420 W Fornance St.
Norristown, PA 19401-2908

Select Loan Servicing
600 S Quebec Street
Po Box 65250
Englewood, CO 80111


Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Spring Oaks Capital SPV, LLC.
P. O. Box 1216
Chesapeake, VA 23327-1216


Springlf Fin
Po Box 3327
Evansville, IN 47732-3327

Syncb/car Care Pep B
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/HSN
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Tbom/Atls/Aspire
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

U.S. Bank National Association
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
smccaffery@hoflawgroup.com  19454-4156

U.S. Bank National Association Trustee (See
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

U.S. Bank National Association, as Trustee,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

US Bank National Association Trustee
in Trust for Registerd Holders of
First Frankling Mortgage
c/o Sarah K. McCaffery, Esquire
298 Wissahickon Avenue
North Wales, PA 19454-4156

Unifin
PO Box 4519
Livonia, MI 48151

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

Upstart
Upstart Operations/ Attn:Bankruptcy
Po Box 1503
San Carlos, CA 94070-7503

KENNETH E. WEST
Office of the Chapter 13 Standing Truste
1234 Market Street - Suite 1813
Philadelphia, PA 19107-3704

MICHAEL ALAN SIDDONS
 Law Office of Michael Alan Siddons Esq
230 N. Monroe Street
PO Box 403
Media, PA 19063-0403

Mark A. Coker
420 West Fornance Street
Norristown, PA 19401-2908

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aspire
PO Box 23007
Columbus, GA 31902-3007

Credit Control LLC
3300 Rider Trail S Ste 500
Earth City, MO 63045

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Spring Oaks Capital
1400 Crossways Blvd.
Chesapeake, VA 23320

(d)Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Franklin Mortgage Loan Trust, Mortga

(u)U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

(d)Capital One/Walmart
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285


(d)Rick L. Webb
420 W Fornance Street
Norristown, PA 19401-2908

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

End of Label Matrix
Mailable recipients    72
Bypassed recipients     5
Total                  77