UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Mark A. Coker
     Bankruptcy No. 22-12331 mdc
     Adversary No.
     Chapter      13

                                    Date:   April  24, 2023

To:   Charles Wohlrab, Esq.

## NOTICE OF INACCURATE FILING

    Re:  #39 Modified Chapter 13 Plan

The above pleading was filed in this office on **April 23, 2023.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- (**XX**)   Debtor's name and case number are missing
- (**XX**)   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                                    Timothy B. McGrath
                                                    Clerk


                                                    By:  Y. Woods
                                                    Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04