UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

──────────────────────────────X

In re:

MARK COKER

Case No.: 22-12331
Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT**

Debtor.

──────────────────────────────X

**PRAECIPE TO WITHDRAW DOCUMENT**

Mark Coker, by and through undersigned counsel, Michael Alan Siddons, Esquire, hereby submits this Praecipe to Withdraw Debtor's Modified Chapter 13 Plan at Docket Entry #39 whereas the document was filed with only a blank page attached.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:  /s/ Michael A. Siddons
     MICHAEL ALAN SIDDONS, ESQUIRE
     230 N. Monroe Street-P.O. Box 403
     Media, PA 19063
     610-255-7500 (Phone No.)
     msiddons@siddonslaw.com

Dated: April 24, 2023