UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____X

In re:

MARK A COKER

        Case No.: 22-12331
        Chapter 13

**MOTION TO MODIFY PLAN POST-CONFIRMATION**

        Debtor.

_____X

**ORDER**

AND NOW, this 6th day of June, 2023, upon consideration of the Motion to Modify Plan Post-Confirmation and after conducting the hearing thereon, it is

ORDERED that the confirmed Chapter 13 Plan is modified as follows: The treatment of the claim filed by Specialized Loan Servicing as Claim 7, shall be moved from Part 4(b) to Part 4(c). The full balance of $32,254.90 shall be paid with interest of 10.55%. The total to be paid to the creditor by the Trustee shall be set at $35,677.95.

        BY THE COURT:

        *Magdeline D. Coleman*
        _____
        United State Bankruptcy Judge