United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12331-mdc |
| Mark A. Coker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

**Recip ID    Recipient Name and Address**
db    + Mark A. Coker, 420 West Fornance Street, Norristown, PA 19401-2908

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

**Name                              Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, suc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL ALAN SIDDONS
   on behalf of Debtor Mark A. Coker msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;casedriverecfg@gmail.com;ecf@casedriver.com;izak@casedriver.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, suc mfarrington@kmllawgroup.com

SARAH K. MCCAFFERY

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 06, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSETBACKED CERTIFICATES, SERIES 2007-FF2 c/o Select Portfolio Servicin ckohn@hoflawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____X

In re:

                                         Case No.: 22-12331

MARK A COKER                          Chapter 13

                                         **MOTION TO MODIFY PLAN**
                                         **POST-CONFIRMATION**

             Debtor.

_____X

**ORDER**

AND NOW, this 6th day of June, 2023, upon consideration of the Motion to Modify Plan Post-Confirmation and after conducting the hearing thereon, it is

ORDERED that the confirmed Chapter 13 Plan is modified as follows: The treatment of the claim filed by Specialized Loan Servicing as Claim 7, shall be moved from Part 4(b) to Part 4(c). The full balance of $32,254.90 shall be paid with interest of 10.55%. The total to be paid to the creditor by the Trustee shall be set at $35,677.95.

                                                                     BY THE COURT:

                                                        _____
                                                        United State Bankruptcy Judge