UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                             CASE NO.: 22-12331
                                                                                CHAPTER 13

Mark A. Coker,
  Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FFC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Attorney for Secured Creditor
                                               13010 Morris Rd., Suite 450
                                               Alpharetta, GA  30004
                                               Telephone: 470-321-7112
                                               Facsimile: 404-393-1425

                                          By: /s/Michelle L. McGowan, Esq.
                                               Michelle L. McGowan, Esq.
                                               Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on August 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARK A. COKER  
420 WEST FORNANCE STREET  
NORRISTOWN, PA 19401

And via electronic mail to:

LAW OFFICE OF MICHAEL ALAN SIDDONS ESQ  
230 N. MONROE STREET  
PO BOX 403  
MEDIA, PA 19063

KENNETH E. WEST  
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE  
1234 MARKET STREET - SUITE 1813  
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE  
OFFICE OF UNITED STATES TRUSTEE  
ROBERT N.C. NIX FEDERAL BUILDING  
900 MARKET STREET  
SUITE 320  
PHILADELPHIA, PA 19107

                                              By: /s/Journie Morosky