**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Mark A. Coker,<br>　　　Debtor.<br><br><br><br>U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2,<br>　　　Movant,<br><br>　　　v.<br><br>Mark A. Coker,<br>　　　Debtor/Respondent,<br><br>Rick L Webb,<br>　　　Co-Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 22-12331-djb<br><br>Chapter 13<br><br>Hearing Date: April 2, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Second Floor, Courtroom Number #2 Philadelphia, PA 19107 |

**CERTIFICATION OF NO RESPONSE**

The undersigned counsel for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2  ("Movant") hereby certifies that the Court docket in this case was reviewed and no Answer, Objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed March 4, 2026 at Docket No. 64 appears thereon.  It is hereby

respectfully requested that the Order attached to the Movant's Motion for Relief from the

Automatic Stay be entered by the Court.

Date:   March 30, 2026

> **Robertson, Anschutz, Schneid, Crane
> & Partners, PLLC**
> Attorneys for Secured Creditor
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> By: /s/ Sherri R. Dicks
> Sherri R. Dicks
> PA Bar Number 90600
> Email: sdicks@raslg.com