**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Mark A. Coker,<br>        Debtor.<br>U.S. Bank Trust Company, National Association,<br>as Trustee, as successor-in-interest to U.S. Bank<br>National Association, as Trustee, in trust for<br>registered holders of First Franklin Mortgage Loan<br>Trust, Mortgage Loan Asset-Backed Certificates,<br>Series 2007-FF2,<br>        Movant,<br>            v.<br>Mark A. Coker,<br>Rick L. Webb,<br>        Debtors/Respondents,<br>Kenneth E. West,<br>        Trustee/Additional Respondent. | Bankruptcy No. 22-12331-djb<br><br>Chapter 13<br><br>Hearing Date: April 2, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Second Floor, Courtroom Number #2<br>Philadelphia, PA 19107 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certification of No Response of Default of Stipulation filed by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 [at Docket Entry No. 67] filed March 30, 2026.

Date:   March 31, 2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com