**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Mark A. Coker,<br><br>Debtor.<br><br>U.S. Bank Trust Company, National Association, as Trustee, as Successor-in-Interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2,<br>Movant.<br><br>v.<br><br>Mark A. Coker,<br><br>Debtor/Respondent,<br><br>Rick L. Webb,<br><br>Co-Debtor/Respondent,<br><br>Kenneth E. West,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 22-12331-djb<br><br>Chapter 13<br><br>Hearing Date: August 6, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Courtroom Number #2<br>Philadelphia, PA 19107 |

## NOTICE OF RE-LIST
## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE

U.S. Bank Trust Company, National Association, as Trustee, as Successor-in-Interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 ("Movant") has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1), including costs and disbursements of this action, and for such other and further relief as the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **July 15, 2026,**

**you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

**(a)** File an answer explaining your position at: United States Bankruptcy Court, Office of the Court Clerk, 900 Market Street, Suite 201, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

**(b)** Mail a copy to the Movant's attorney:

Michelle L. McGowan, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Derek J. Baker** on **August 6, 2026, at 11:00 A.M. in Courtroom #2, United States Bankruptcy Court,** 900 Market Street, Suite 201, Philadelphia, PA 19107**.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: 6/30/2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Mark A. Coker,<br><br>Debtor.<br><br><br>U.S. Bank Trust Company, National Association, as Trustee, as Successor-in-Interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2,<br>Movant.<br><br>v.<br><br>Mark A. Coker,<br><br>Debtor/Respondent,<br><br>Rick L. Webb,<br><br>Co-Debtor/Respondent,<br><br>Kenneth E. West,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 22-12331-djb<br><br>Chapter 13<br><br>Hearing Date: August 6, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Courtroom Number #2<br>Philadelphia, PA 19107 |

**CERTIFICATE OF SERVICE**

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **June 30, 2026**, I served copies of the **Notice of Motion** on the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Service List**

Debtor
Mark A. Coker
420 West Fornance Street
Norristown, PA 19401

Co-Debtor
Rick L Webb
420 West Fornance Street
Norristown, PA 19401

Debtor's Attorney
MICHAEL ALAN SIDDONS
Law Office of Michael Alan Siddons Esq
230 N. Monroe Street
PO Box 403
Media, PA 19063

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com