**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In re:**
                                                              **CASE NO.: 22-12331-djb**
                                                              **CHAPTER 13**

**Mark A. Coker,**
**Debtor.**
_____ /

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust Company, National Association, as Trustee, as Successor-in-Interest to U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: DOC 64), filed on March 4, 2026**

By: /s/_Michelle L. McGowan
    Michelle L. McGowan, Esq.
    Robertson, Anschutz, Schneid, Crane
    & Partners, PLLC
    13010 Morris Rd, Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7113
    Email: mimcgowan@raslg.com
    Attorneys for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2026, I caused to be electronically filed the foregoing with the Clerk of the United States Bankruptcy Court via the CM/ECF system, and also caused a true and correct copy to be served via First Class Mail, postage prepaid to the below Service List.

**Service List**

**Debtor**
Mark A. Coker
420 West Fornance Street
Norristown, PA 19401

**Co-Debtor**
Rick L Webb
420 West Fornance Street
Norristown, PA 19401

**Debtor's Attorney**
MICHAEL ALAN SIDDONS
Law Office of Michael Alan Siddons Esq
230 N. Monroe Street
PO Box 403
Media, PA 19063

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Michelle L. McGowan
Michelle L. McGowan